**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,       :
                                :

        Plaintiff,          :
                                :

     v.                  :        Criminal Case No. 05- 118M

                                  :

JIMMIE L. LARK,               :

                                :

        Defendant.       :

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the

defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States

alleges the following:

     1. **Eligibility of Case**.  This case is eligible for a detention order because case

involves (**check all that apply**):

                \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

                \_\_\_\_ Maximum sentence life imprisonment or death

                \_\_\_\_ 10+ year drug offense

                \_\_\_\_ Felony, with two prior convictions in above

                      categories

                \_X\_ Serious risk defendant will flee

                \_\_\_\_ Serious risk obstruction of justice

     2. **Reason For Detention**.  The court should detain defendant because there are

no conditions of release which will reasonably assure (**check one or both**):

                \_X\_ Defendant's appearance as required

____ Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States  (will, will not) invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

　　　___ Probable cause to believe defendant committed 10+ year drug offense

　　　or firearms offense, 18 U.S.C. § 924(c)

　　　____ Previous conviction for "eligible" offense

　　　committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

　　　____ At first appearance

　　　 X  After continuance of 3  days (not more than 3).

5. **Temporary Detention**.  The United States requests the temporary detention of the defendant for a period of days (not more than 10) so that the appropriate officials can be notified since:

　　　_____ 1.  At the time the offense was committed the defendant was:

　　　　　____ (a) on release pending trial for a felony;

　　　　　____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

　　　　　____ (c) on probation or parole for an offense.

　　　____ 2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

___ 3.  The defendant may flee or pose a danger to any other person or the

community.

6.  **Other Matters**.

_____

_____

DATED this 20th day of October, 2005.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney