AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JIMMIE L. LARK

WARRANT FOR ARREST

CASE NUMBER: 05-

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JIMMIE L. LARK, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information __X__ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

possessing and uttering counterfeited securities of organizations with the intent to deceive other organizations,

in violation of Title __18__ United States Code, Section (s) __513__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

October 19, 2005    Wilmington, Delaware
Date and Location

Bail fixed at $ __No Bail__

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10-20-05 | DSP. Detective Nancy Skubik | |

FILED

AO 442 (Rev. 12/85) Warrant for Arrest

OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE